UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

WILLIE LEE PARTEE,

        Petitioner,                        Case No. 1:21-cv-767

v.                                           Honorable Paul L. Maloney

MATT MACAULEY,

        Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:  October 15, 2021                      /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                         United States District Judge