UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIE LEE PARTEE,

                  Petitioner,                Case No. 1:21-cv-767

v.                                    Honorable Paul L. Maloney

MATT MACAULEY,

                  Respondent.

_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:    October 15, 2021             /s/ Paul L. Maloney
                                               Paul L. Maloney
                                             United States District Judge